UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K-SWISS INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEAIR SHOES INC., a California corporation, DUN HUANG INTERNATIONAL TRADING INC., a California corporation, and JIAN Q. LIU, an individual,<br><br>　　　　Defendants. | Case No.: 2:08-cv-08057-JHN-Ex<br><br>**JUDGMENT** |

　　This Court having granted a Permanent Injunction against Defendants by Order filed December 9, 2010, and the Parties having resolved the amount of the settlement sum, all of which has been paid on behalf of all defendants,

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　Plaintiff shall have Judgment against Defendants, JEAIR SHOES INC., DUN HUANG INTERNATIONAL TRADING INC., and JIAN Q. LIU, and the Permanent Injunction filed December 9, 2010, shall remain in full force and effect as part of this Judgment.

　　IT IS SO ORDERED:

Dated: February 24, 2011

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Jacqueline H. Nguyen
　　　　　　　　　　　　　　　　　　　　　　United States District Judge